UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                Plaintiff,<br><br>  vs.<br><br>RYAN ZINKE, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; JIM KURTH, Acting Director of the U.S. Fish and Wildlife Service;<br><br>                Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date there is no such corporation to report.

                                         Respectfully submitted,

DATED: Nov. 14, 2018           /s/ Amy R. Atwood
                                         Amy R. Atwood

                                         Amy R. Atwood (D.C. Bar No. 470258)
                                         Center for Biological Diversity
                                         P.O. Box 11374
                                         Portland, Oregon 97211
                                         503-283-5474
                                         atwood@biologicaldiversity.org

                                         *Attorney for the Center for Biological Diversity*