UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; and MARGARET EVERSON, Principal Deputy Director of the U.S. Fish and Wildlife Service,<br><br>        Defendants. | Civil Action No. 1:18-cv-02620 (TSC) |

## STATUS REPORT

Pursuant to the Court's April 24, 2019, Order, Federal Defendants David Bernhardt, in his official capacity as Secretary of the U.S. Department of the Interior, the U.S. Fish and Wildlife Service ("the Service"), and Margaret Everson, in her official capacity as Principal Deputy Director of the Service, provide the following status report.

As reflected in the parties' joint motion to stay proceedings, ECF No. 12, on March 15, 2019, the Service published a proposed rule in the Federal Register proposing to remove the gray wolf (*Canis lupus*) from the list of endangered and threatened wildlife and soliciting public comment on that proposal. 84 Fed. Reg. 9,648. The Court granted the parties' joint motion and stayed proceedings until March 15, 2020, the statutory deadline for the Service to take action regarding the proposed rule. *See* 16 U.S.C. § 1533(b)(6)(A). The Service provides the following update on the status of the rulemaking process:

1. On May 14, 2019, the Service published a notice in the Federal Register extending the comment period by 60 days to allow all interested parties additional time to comment on the March 15, 2019, proposed rule. 84 Fed. Reg. 21,312. The comment period was extended to July 15, 2019.

2. On June 6, 2019, the Service published a notice in the Federal Register announcing a public open house and public hearing on June 25, 2019, in Brainerd, Minnesota. 84 Fed. Reg. 26,393. The notice also served to notify the public of the availability of the final scientific peer review report on the Service's proposal to delist the gray wolf. *Id.*

3. On June 25, 2019, the Service hosted a public open house and public hearing in Brainerd, Minnesota.

4. On July 15, 2019, the 120-day public comment period on the proposed rule closed. The Service received more than 1.25 million public comments on the proposed rule.

5. At this time, the Service is actively reviewing the scientific peer review report, additional scientific information, and public comments submitted on the proposed rule. The Service will continue to determine how to move forward with the proposed rule in accordance with the Endangered Species Act, 16 U.S.C. § 1533(b)(6)(A).

Dated: September 13, 2019   JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH FLAX, Assistant Section Chief

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN, Trial Attorney
(D.C. Bar No. 1022195)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

Tel: 202-305-0201/ Fax: 202-305-0275
Email: Devon.flanagan@usdoj.gov

MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Tel: 303-844-1479 / Fax: 303-844-1350
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*