UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; and AURELIA SKIPWITH, Director of the U.S. Fish and Wildlife Service,[1]<br><br>　　　　　Defendants. | Case No. 1:18-CV-02620-TSC |

**JOINT MOTION TO CONTINUE THE STAY OF PROCEEDINGS**

Plaintiff the Center for Biological Diversity and Federal Defendants David Bernhardt, in his official capacity as Secretary of the Interior; the U.S. Fish and Wildlife Service ("FWS"); and Aurelia Skipwith, in her official capacity as Director of FWS, hereby move to continue the stay of proceedings in this case until September 15, 2020.

On November 14, 2018, Plaintiff filed its Complaint, ECF No. 1, alleging Endangered Species Act ("ESA") and Administrative Procedure Act ("APA") claims related to gray wolves, which are currently listed as threatened in the state of Minnesota and endangered in the remainder of the lower-48 states and Mexico, except for the area designated as the Northern Rocky Mountains DPS (Montana, Wyoming, Idaho, and parts of Washington and Oregon) and parts of Arizona and New Mexico.[2] Plaintiff's Complaint alleges three claims: (1) Federal Defendants failed to develop and implement a nationwide gray wolf recovery plan pursuant to 16 U.S.C. § 1533(f)(1); (2) Federal

---

[1] Pursuant to Federal Rule of Civil Procedure 25, Aurelia Skipwith is automatically substituted for her predecessor in office.
[2] The Mexican gray wolf subspecies and the red wolf are separately listed under the ESA, and are not involved in the present lawsuit.

1

Defendants unreasonably denied Plaintiff's 2010 petition requesting the development of a nationwide gray wolf recovery plan; and (3) Federal Defendants failed to conduct a timely five-year review of the gray wolf's status. On March 27, 2019, Federal Defendants filed their Answer, ECF No. 11.

On March 15, 2019, FWS published a proposed rule in the Federal Register, proposing to remove the gray wolf (*Canis lupus*) from the list of endangered and threatened species and soliciting public comment on that proposal. 84 Fed. Reg. 9,652. On April 19, 2019, the parties submitted a Joint Motion to Stay Proceedings, arguing that a stay would promote judicial and party economy because FWS's future action on the proposed rule will likely impact the nature and resolution of claims in this case and could render the entire case moot. *See* ECF No. 12. The Court granted the Motion to Stay, staying all proceedings until March 15, 2020, and requiring Federal Defendants to file a status report by September 15, 2019. *See* Minute Order (Apr. 24, 2019). Federal Defendants filed the status report on September 13, 2019, stating that FWS was continuing to work on the proposed rule and providing an update on that process. *See* ECF No. 14. The stay is currently set to expire on March 15, 2020.

Federal Defendants are continuing to evaluate the proposed rule and the public comments and are working on a final rule. However, FWS is not prepared to publish a final rule by March 15, 2020. The parties have conferred and have agreed that continuing the stay for an additional six months, until September 15, 2020, would conserve the Court's and the parties' resources. The same rationale for the original stay applies to the parties' request to extend the stay. *See* ECF No. 12. Federal Defendants also agree to file a notice no later than seven days after the publication of a final rule.

Continuing the stay of proceedings in this case serves judicial and party economy and is well within the Court's discretion. *Landis v. North American Co.*, 299 U.S. 248, 254 (1936) (district court

has broad discretion to stay proceedings as an incident to its power to control its own docket).  For the foregoing reasons, the parties respectfully request that the Court continue the stay of all proceedings in this case until September 15, 2020.

Dated: March 13, 2020

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH FLAX, Assistant Section Chief

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN, Trial Attorney
(D.C. Bar No. 1022195)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D St. NW
Washington, D.C. 20004
Tel: 202-305-0201/ Fax: 202-305-0275
Email: Devon.flanagan@usdoj.gov

MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Tel: 303-844-1479 / Fax: 303-844-1350
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*


*/s/ Collette L. Adkins*
COLLETTE L. ADKINS, Senior Attorney
(MN Bar No. 035059X*)
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Tel: 651-955-3821
Email: cadkins@biologicaldiversity.org

*Attorney for Plaintiff*

3

*Admitted *pro hac vice*