UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID BERNHARDT, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; and AURELIA SKIPWITH, Director of the U.S. Fish and Wildlife Service, <br><br> Defendants. | Case No. 1:18-CV-02620-TSC |

**JOINT STATUS REPORT**

Pursuant to the Court's March 16, 2020, Order, Defendants David Bernhardt, in his official capacity as Secretary of the U.S. Department of the Interior, the U.S. Fish and Wildlife Service ("the Service"), and Aurelia Skipwith, in her official capacity as Director of the Service (collectively "Federal Defendants"), and Plaintiff the Center for Biological Diversity provide the following status report.

As reflected in the parties' joint motion to stay proceedings, ECF No. 12, on March 15, 2019, the Service published a proposed rule in the Federal Register to remove the gray wolf (*Canis lupus*) from the list of endangered and threatened wildlife under the Endangered Species Act and soliciting public comment. 84 Fed. Reg. 9,648. The Court granted the parties' joint motion and stayed proceedings until March 15, 2020. On March 13, 2020, the parties filed a joint status report and motion to extend the stay. ECF Nos. 14, 15. The Court granted this motion on March 16, 2020, ordering that the stay is continued until further order of the court and requiring the parties to file a joint status report and proposed order by September 15, 2020, or within 15 days of the

1

publication of a final gray wolf rule, if earlier. The parties hereby provide the following status updates:

1. The Service has reviewed public and peer reviewer comments received on the March 15, 2019, proposed rule and new information that otherwise became available since the publication of the proposed rule.

2. The Service has prepared a draft final rule, which is in the final stages of review with the Department of the Interior.

3. The parties agree that the reasons set forth for moving to stay the case remain applicable and that the Court should continue the stay pending the resolution of this rulemaking process. In accordance with the proposed order, submitted with this Joint Status Report, the parties propose that Federal Defendants file a notice with the Court within seven days of the publication of a final gray wolf rule in the Federal Register. The parties will submit a joint status report and proposed order within fifteen days of such publication, or by November 15, 2020, whichever is earlier.

Dated: September 15, 2020            JEAN E. WILLIAMS, Deputy Assistant Attorney General
                                     SETH M. BARSKY, Section Chief
                                     MEREDITH FLAX, Assistant Section Chief

                                     */s/ Devon Lea Flanagan*
                                     DEVON LEA FLANAGAN, Trial Attorney
                                     (D.C. Bar No. 1022195)
                                     U.S. Department of Justice
                                     Environment & Natural Resources Division
                                     Wildlife & Marine Resources Section
                                     Ben Franklin Station, P.O. Box 7611
                                     Washington, D.C. 20044-7611
                                     Tel: 202-305-0201/ Fax: 202-305-0275
                                     Email: Devon.flanagan@usdoj.gov

                                     MICHAEL R. EITEL, Senior Trial Attorney
                                     U.S. Department of Justice
                                     Environment & Natural Resources Division

Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Tel: 303-844-1479 / Fax: 303-844-1350
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*


/s/ *Collette L. Adkins*
COLLETTE L. ADKINS, Senior Attorney
(MN Bar No. 035059X*)
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Tel: 651-955-3821
Email: cadkins@biologicaldiversity.org

*Attorney for Plaintiff*

*Admitted *pro hac vice*